UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 17 2025

AUBREY TAYLOR
Appellant(s),

vs.

CRISHAM, BLOND, DVORAK
Appellee(s).

9th Cir. Case No. FILED 4-7874
DOCKETED _____
DATE _____ INITIAL

District Court or
BAP Case No. 2:23-cv-01717-JCC

## APPELLANT'S INFORMAL OPENING BRIEF

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1. Timeliness of Appeal:

    a. What is the date of the judgment or order that you want this court to review? October 30, 2023 2024

    b. Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: No

        • If you did, on what date did you file the motion? N/A

        • For prisoners or detainees, what date did you give the motion to prison authorities for mailing? N/A

        • What date did the district court or bankruptcy appellate panel (BAP) decide the motion that you filed after judgment? N/A

    c. What date did you file your notice of appeal? Unknown, Sometime in November

        • For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? Sometime in November

9th Cir. Case No. 24-7874                                          Page 2

**FACTS.** Include all facts that the court needs to know to decide your case.

2.    What are the facts of your case?

TRULINCS 36873086 - TAYLOR, AUBREY - Unit: ATW-E-A

------------------------------------------------------------------------------------------

FROM: 36873086
TO:
SUBJECT: CIVIL SUIT.
DATE: 11/01/2023 04:29:42 PM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBREY TAYLOR AKA UNO         [ CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 USC 1983
PLAINTIFF         [ BASED ON A FOURTH,FIFTH,SIXTH AND FOURTEENTH
AMENDMENT
V.         [ VIOLATIONS.
CATHERINE CRISHAM         [
SARA BLOND         [FILED TIMELY WITHIN THE 2 YEAR STATUE OF LIMITATIONS FROM
LOVISA DVORAK         [ THE NOVEMBER 4,2020 NINTH CIRCUIT OF APPEALS ORDER
DEFENDANTS         [ VACATING CRIMINAL COUNTS 1 AND 2 ON DIRECT APPEAL.
        [
        [

------------------------------------------------------------------------------------------

I.PREVIOUS LAWSUITS:
A-HAVE YOU EVER BROUGHT ANY OTHER LAWSUITS IN ANY FEDERAL COURT IN THE U.S WHILE A PRISONER?
 x-YES OR NO
B-IF YOUR ANSWER TO "A" IS YES,HOW MANY? 1.
DESCRIBE THE LAWSUIT IN THE SPACE BELOW.
i filed a civil suit against kent p.d officer Eric Tung for excessive force by use of dog.

1.PARTIES TO THIS PREVIOUS LAWSUIT:
PLAINTIFF: Aubrey Taylor.
DEFENDANT: Eric Tung.
2.COURT: Seattle district court,judge zilly.
3.DOCKET NUMBER: n/a
4.NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:JUDGE ZILLY.
5.DISPOSITION:the case was denied in favor of the defendant.
6.APPROXIMATE DATE OF FILING LAWSUIT: July 20,2018.
7.APPROXIMATE DATE OF DISPOSITION:around may 2020.

II.PLACE OF PRESENT CONFINEMENT: Atwater usp po box 019001 ,Atwater ca 95301.
A.IS THERE A PRISONE GRIEVANCE PROCEDURE AVAILABLE AT THIS INSTITUTION? x-YES OR NO.
B.HAVE YOU FILED ANY GRIEVANCES CONCERNING THE FACTS RELATING TO THIS COMPLAINT?
YES OR X-NO
C.IS THE GRIEVANCE PROCESS COMPLETE? N/A

III.PARTIES TO THE COMPLAINT:
A.NAME OF PLAINTIFF: Aubrey Taylor  inmate number 36873-086
ADDRESS: Atwater usp
B.DEFENDANT NAME:AUSA Catherine crisham   official position AUSA OF SEATTLE
C.ADDITIONAL DEFENDANTS:
DEFENDANT: S.A Sara blond         official position SEATTLE FBI AGENT
DEFENDANT NAME:DET.lovisa dvorak  official position Kent p.d detective.

IV.STATEMENT OF CLAIM:
CLAIM 1.fourth amendment violation.
As of November 4,2020,the ninth circuit court of appeals found that governments delay in seeking a warrant to search plaintiffs
Samsung Galaxy S.5 cell phone was constitutionally unreasonable and unjustifiably long.(see the ninth circuits court order from
Nov. 4 ,2020,NOS.19-30105 19-30162).
as a result of the above court order the plaintiffs convictions for sex trafficking a minor were vacated.The cell phone at issue
was 1)seized from the plaintiff on December 8,2015,by det.dvorak and stored into the evidence at the Kent P.D ,2)s.a blond
waited until 14 months later to obtain a search warrant for the cell phone on February 2,2017,and 3)Mrs.. crisham used the

TRULINCS 36873086 - TAYLOR, AUBREY - Unit: ATW-E-A

--------------------------------------------------------------------------------------------

evidence obtained from the subsequent search of the phone to secure a conviction on the 2 sex trafficking of a minor counts at trial.

The prejudice from the above fourth amendment violation to the plaintiff is 1)slandered by the media as a sex trafficker who preyed upon minors and used physical and psychological force to compel minors to engage in sex trafficking,2)sentence in federal court to 276 months,3)transferred to Atwater usp labeled as a child sex trafficker,a charge that could have cost him his life,and 4)forced to carry prison made knives for protection during his entire stay at that prison due to the nature of his charges.

CLAIM 2:Fifth and Fourteenth amendment violations. On October 30,2014,Wenatchee Ryan Weatherman was following up on a report for a missing young woman who was believed to be in Wenatchee,WA,as a result he located a Facebook account for H█████████under the alias "H█████ love",officer weatherman took a screenshot of the Facebook page for H█████ love with his cell phone.(see bates #59-61 of discovery evidence).

the screenshot revealed H█████falsely portraying herself as a adult (opposed to a 17 year old),who was from California (not true),a selfie photo of her using her own phone to take her own photo to upload to the page,with over 300 adult men as her Facebook friends,and one of those men being the plaintiff.

the above information was exculpatory to the plaintiffs defense at trial in that he was deceived by H█████concerning her under age status. Yet the government concealed this evidence from the plaintiff.

on the night of October 30,2014,officer weatherman apprehended H█████in the presence of a associate of the plaintiff named Ashley Maurer,at the Laquita hotel located in Wenatchee. According to officer weatherman's arrest report of H█████,she stated."Ashley was unaware of her under age status".(please see officer weatherman's arrest report).

In January 2015,officer weatherman forwarded his arrest report of H█████ and the screenshot of the H█████ love page to s.a blond,who had at the time opened up a sex trafficking investigation against the plaintiff and Ashley.

the screenshot image s.a blond received was a color image of the Facebook page. Therefore as of January 2015,s.a blond knew ,1) H█████created a fake Facebook account using the alias H█████ love ,2)the account falsely portrayed H█████as a adult,3)H█████used her own cell phone to upload her selfie photos on the page ,and 4)the account was created to deceive the plaintiff about her under age status.

despite being in possession of this exculpatory evidence the government engaged in the following misconduct.

A)s.a blond and det dvorak applied for a pen register trap and trace warrant for the Samsung Galaxy S.5 cell phone in November 2015,then on December 8,2015 ,they conducted a arrest of the plaintiff and seized his cell phone in accordance with the warrant.

B)on may 4,2016,det dvorak applied for a complaint and used information in her affidavit that left the magistrate under the false impression that the plaintiff knew H█████was a minor.

C)on June 15,2016,the plaintiff was arrested by both case agents and during the arrest officer Tung deployed a k9 to attack the plaintiff based on his belief that all "sex traffickers of minors" carry firearms,the plaintiff however was found to not be in possession of a firearm at the time of his arrest.(the plaintiff was found to not have a firearm).

D)on February 2,2017,s.a blond applied for a search warrant to search the S.5 cell phone (from,Dec 8).(see bates 6989-7018)

E)In September 2018,the court held a evidentiary hearing for the plaintiff's abuse of the grand jury motion,which consisted of several allegations of perjury made by H█████that the government allowed to go uncorrected. Specifically H█████s testimony that she told the plaintiff she was 17 years old and never told him she was a adult.this provided the government with an opportunity to correct the truth on record to the court and instead mrs.crisham chose to recklessly re-assure the court H█████did not commit perjury at the grand jury proceedings.

F)approximately 6 months later at trial during direct-exam of H█████,mrs.crisham allowed H█████to admit under oath that she made several material false statements at the grand jury proceedings,specifically,1)not having no money in her possession while she was with Ashley in Wenatchee,2)the plaintiff and Ashley was unaware of the fact that H█████was in possession of her cell phone the whole time she was in Wenatchee,3)carl Taylor (brother of the plaintiff) never inquired of H█████s age,4) H█████never personally saw the backpage advertisements that Ashley created for her,5)and H█████lied about reaching out to her friend Josiah for help out of her alleged dangerous situation.

however,what the government did not allow H█████to expose to the jury at the plaintiff's trial is the fact that she lied to the grand jury about telling the plaintiff she was 17 years old and she actually created a fake Facebook page under the alias H█████ love specifically to deceive the plaintiff about her under age status.

Infact,H█████testified at trial that she told the plaintiff she was 17 years old and never in no way told him she was a adult.this was a complete lie and the government knew this ,yet during direct-exam of H█████ ,Mrs. crisham asked H█████,"did you tell the jury the truth today",H█████responded,"yes".it should be noted H█████was also allowed to testify she never created the H█████ love Facebook account and learned of its existence after she was arrested by officer weatherman.

finally,in an effort to increase her chances of securing a conviction on counts 1 and 2,Mrs. crisham made several false claims during closing arguments and opening arguments that endorsed H█████s false testimony concerning telling the plaintiff she was 17 years old.

G)In a desperate effort to conceal and suppress from the defense the exculpatory nature of the screenshot image,Mrs. crisham produced a poor quality black and white image of the H█████ love screenshot that is impossible to read or review the details of the image. The image was produced to the plaintiff in November 2016.(see bates 59-61).in may 2018,the plaintiff requested the

TRULINCS 36873086 - TAYLOR, AUBREY - Unit: ATW-E-A

--------------------------------------------------------------------------------

complete records and data from the H[redacted]love Facebook account,Mrs. crisham refused to grant the plaintiff's request.(see bates 33063-67).the plaintiff needed this evidence to expose the material false testimony made by H[redacted]at the grand jury, and moreover it was critical to his success on his grand jury dismissal motion as well as his defense at trial.
furthermore this evidence could've been used to negotiate a plea deal in the plaintiffs favor prior to trial and its denial is what forced the plaintiff to proceed to trial.
as a result of this refusal the plaintiff was forced to proceed to trial without this exculpatory evidence. Moreover he was wrongfully convicted,which was clearly illustrated by the court of appeals November 2020 decision regarding counts 1 and 2.
H)The foregoing clearly demonstrates the governments suppression of exculpatory evidence to secure a complaint,arrest warrant,search warrants,denial of pretrial dismissal motions,indictments,and convictions at trial. The foregoing is in violation of the plaintiffs fourth,fifth,sixth and fourteenth amendments of the united states constitution.

    the relief the plaintiff is seeking is monetary compensation and potentially incarceration relief,which shall all be determined at a later stage in this 42 u.s.c 1983 claims proceedings.

    I declare under the penalty of perjury that the foregoing in true and correct.
signed this _10_ day of _January_ _2015_____.

_Aubrey Taylor_____
signature of the plaintiff.

9th Cir. Case No. _____                    Page 3

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court.

3.   What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief? I never specifically informed the court the form of relief I was seeking.

4.   What legal claim or claims did you raise in the district court or at the BAP? Fourth, Fifth, sixth and Fourteenth constitutional ~~Amendment~~ Amendment violations.

5.   **Exhaustion of Administrative Remedies.** For prisoners, did you use up all administrative remedies for each claim before you filed your complaint in the district court? If you did not, please tell us why. I am not a civil lawyer, I don't know all the other remedies that are available to Plaintiff's, I requested assistance of counsel and was denied, So I only filed what I was familiar with, A 1983 civil claim, I don't know nothing about O.I.G or A bivens claim, or any other claim. This is why I'm seeking appointed appellate counsel, specifically Lynn C. Hartfield.

9th Cir. Case No. _____                    Page 4

**PROCEEDINGS BEFORE THE COURT OF APPEALS.** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court.

6.   What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong? according to the Ninth circuit I raised my issues under the wrong class action, specifically I was supposed to raise my claim under Bivens not a 1983 civil claim, low However, the court court could have instructed or ordered me to change my claim from a 1983 civil claim to a Bivens claim, furthermore my issues were founded by the Ninth circuit and thus there is no reason for the district court to believe my rights were not violated.

7.   Did you present all issues listed in Question 6 to the district court or the BAP?
     Answer yes or no: ___Yes___

     If not, why not?

9th Cir. Case No. _____

Page 5

8. What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.)

The laws that support my claims are clearly mentioned in my Ninth Circuit Court of appeal's vacatur order from November 4, 2020, My Fourth amendment were clearly violated by the government lawyer Crisham and her case agents Blond and Dvorak.

This is not based on my belief, but based on the determination of the court of appeals

The law was clearly established in 2015, and 2016, and 2017, the government cannot seize a phone and wait month's later to obtain a search warrant. The case agent's or the prosecutor knew or should've known about the case law establishing this rule, and since they disregarded the rule, the I was severely prejudiced by the governments actions.

9th Cir. Case No. _____                    Page 6

9. **Other Pending Cases.** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case. *No*

10. **Previous Cases.** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case.

I filed 2 direct appeal's one was decided on November 4, 2020.

The other was decided in February 2024,

*Aubrey Taylor*
Name

Atwater United States Penitentiary

P.O. Box 019001

Atwater, CA 95301
Address

AUBREY TAYLOR
Signature

January 10, 2025
Date

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 17 2025

FILED
DOCKETED          DATE

INITIAL

# CERTIFICATE OF SERVICE

I, AUBREY TAYLOR_____ herby certify that I have served a true and correct
copy of the following:

Which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston
v. Lack. 101L. Ed. 2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of
record, by placing same in a sealed, postage prepaid envelope addressed to:

United States court of appeals for the Ninth circuit
Po; Box 193939
San Francisco, CA 94119-3939

and deposited same in the United States Mail at: Atwater united states penltentiary
P,o Box 019001, Atwater, CA 95301

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 10 day of January_____, 20 25